*E-Filed 5/12/11*

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0197 RS |
|    Plaintiff, ) | |
|    v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| FRANCISCO XAVIER PEREZ PACHECO, ) a/k/a Antonio Jesus Garcia, ) | |
|    Defendant. ) | |

     On May 10, 2011, the parties in this case appeared before the Court. The matter has been set to May 31, 2011. The parties have agreed to exclude the period of time between May 10, 2011and  May 31, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0197 RS

1  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney


6  DATED: May 11, 2011             _____/s/_____
                                    LOWELL C. POWELL
                                    Special Assistant United States Attorney


9  DATED: May 11, 2011             _____/s/_____
                                    PAUL DELANO WOLF
                                    Attorney for FRANCISCO XAVIER PEREZ PACHECO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0197 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the May 10, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 10, 2011 through May 31, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would unreasonably deprive the defendant of continuity of counsel. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/12/11

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0197 RS